IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RENZA BIRDIE, on behalf of herself
and those similarly situated                                        PLAINTIFF

v.                                       CIVIL ACTION NO. 5:17-cv-21-DCB-MTP

BRANDI'S HOPE COMMUNITY SERVICES, LLC,
and DANNY COWART                                                    DEFENDANT

## ORDER APPROVING NOTICE AND CONSENT

On June 14, 2017, the Court entered an Order (docket entry 20) conditionally certifying a collective action class under the Fair Labor Standards Act ("FLSA"). At that time, plaintiff Renza Birdie ("Birdie") was also ordered to resubmit proposed Notice and Consent forms, revised in accordance with the Court's Order. Birdie complied by emailing her revised Notice and Consent to the Court and opposing counsel on June 27, 2017.

Having reviewed Birdie's revised Notice and Consent, the Court is satisfied that the forms have been appropriately revised and are sufficiently accurate and informative to advise the putative class of its rights with respect to the pending litigation. The Notice and Consent is therefore approved for distribution to potential class members.

The timeline set forth in the Court's June Order shall govern the distribution of notice to the class. After adding the date which corresponds to the opt-in deadline, the plaintiff should file a copy of the Notice and Consent.

SO ORDERED, this the 28th day of June, 2017.

                                                /s/ David Bramlette
                                                UNITED STATES DISTRICT JUDGE