IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**RENZA BIRDIE, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 5:17-cv-21-DCB-MTP

**BRANDI'S HOPE COMMUNITY SERVICES, LLC,**            **DEFENDANTS**
**and DANNY COWART**

### JOINT OF MOTION
### FOR APPROVAL OF FLSA SETTLEMENT
### AND MOTION FOR DISMISSAL OF LAWSUIT

Plaintiff Renza Birdie ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendants Brandi's Hope Community Services, LLC, and Danny Cowart ("Defendants"), by and through their respective undersigned counsel, jointly file this Joint Motion Approval of FLSA Settlement and Motion for Dismissal of Lawsuit, and, as stated more fully in their Memorandum in Support, move this Court for an Order approving their settlement and dismissing this matter with prejudice. In support of its Motion, Plaintiff and Defendants state as follows:

Plaintiff and Defendants (collectively, the "Parties") have reached a settlement of the pending unpaid overtime claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"). The settlement provides current and/or former employees of Defendants who worked as hourly-paid direct support professionals during the relevant time period with proceeds from the settlement for unpaid overtime damages.

The FLSA settlement was the result of arm's-length negotiations, conducted by experienced counsel for all parties, after formally and informally exchanging information and occurred during a Magistrate Settlement Conference on June 14, 2018. The terms of the settlement are reasonable and appropriate and fair to all parties involved. Accordingly, Plaintiff and Defendants ask the Court to (1) approve this settlement, including all of the terms set forth in the Settlement Agreement; (2) direct the Parties to implement the process described in the Settlement Agreement; and (3) dismiss this lawsuit and the claims of Plaintiff and all class members, with prejudice, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**BRANDI'S HOPE COMMUNITY SERVICES, LLC, and DANNY COWART, DEFENDANTS**

BUTLER SNOW LLP
1020 HIGHLAND COLONY PARKWAY, SUITE 1400
RIDGELAND, MISSISSIPPI 39157
TELEPHONE: (601) 885-4407
FACSIMILE: (601) 985-4500

By:  */s/ W. Mackin Johnson*
W. Mackin Johnson
Miss. Bar No. 104285
Mackin.johnson@butlersnow.com

and  */s/ Brent E. Siler*
Brent E. Siler
Miss. Bar No. 101115
Brent.siler@butlersnow.com

              **PLAINTIFF RENZA BIRDIE,**
              **Individually and on Behalf of All Others**
              **Similarly Situated**

              SANFORD LAW FIRM, PLLC
              ONE FINANCIAL CENTER
              650 SOUTH SHACKLEFORD, SUITE 411
              LITTLE ROCK, ARKANSAS 72211
              TELEPHONE: (501) 221-0088
              FACSIMILE: (888) 787-2040

By:   */s/ Stacy Gibson*
       Stacy Gibson
       Admitted *pro hac vice*
       Ark. Bar No. 2014171
       stacy@sanfordlawfirm.com

and   MORGAN & MORGAN, PLLC
       4450 OLD CANTON ROAD, SUITE 200
       JACKSON, MISSISSIPPI 39211
       TELEPHONE: (601) 718-2087
       FACSIMILE: (601) 718-2102

By:   */s/ Christopher W. Espy*
       Christopher W. Espy
       Miss. Bar No. 102424
       cespy@forthepeople.com

## CERTIFICATE OF SERVICE

      I, Brent Siler, do hereby certify that on date imprinted by the CM/ECF system, a true and correct copy of the foregoing MOTION was electronically filed with the Clerk for the U.S. District Court, Southern District of Mississippi, using the electronic case filing system of the Court. The attorneys listed below are registered to receive an electronic copy hereof.

    Stacy Gibson
    Sanford Law Firm, PLLC
    One Financial Center
    650 South Shackleford, Suite 411
    Little Rock, Arkansas 72211

    Christopher W. Espy
    Morgan & Morgan, PLLC
    4450 Old Canton Road, Suite 200
    Jackson, Mississippi 39211

DATED July 11, 2018.

                                                */s/ Brent E. Siler*
                                                **Brent E. Siler**

43183812.v1