IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**RENZA BIRDIE**                                                              **PLAINTIFF**

V.                                                  NO. 5:17-CV-21-DCB-MTP

**BRANDI'S HOPE COMMUNITY SERVICES, LLC**
**and DANNY COWART**                                           **DEFENDANTS**

## FINAL JUDGMENT

This cause having come before the Court on the parties' joint motion for approval of Fair Labor Standards Act settlement and for dismissal (Doc. 110);

And the Court having granted the motion in an order and opinion of this date;

Accordingly,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.

SO ORDERED AND ADJUDGED, this the 1st day of August, 2018.

                                         /s/ David Bramlette
                                         UNITED STATES DISTRICT JUDGE